UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| EUGENII GLUSHCHENKO, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | EP-21-CV-00174-FM |
| | § | |
| UNITED STATES DEPARTMENT OF | § | |
| HOMELAND SECURITY; | § | |
| ALEJANDRO MAYORKAS, Secretary | § | |
| of the United States Department of | § | |
| Homeland Security; TAE JOHNSON, | § | |
| Director of United States Immigration | § | |
| and Customs Enforcement; COREY | § | |
| PRICE, Executive Associate Director for | § | |
| Enforcement and Removal Operations; | § | |
| JUAN ACOSTA, El Paso Field Office | § | |
| Director, Office of Detention and | § | |
| Removal, | § | |
| | § | |
| Defendants. | § | |

## ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE

Before this court is "Motion for Admission Pro Hac Vice" ("Motion") [ECF No. 2], filed August 2, 2021 by Alexey V. Tarasov ("Tarasov"). Therein, Tarasov requests the court permit him to appear *pro hac vice* in the United States District Court for the Western District of Texas to represent Eugenii Glushchenko.[1] Tarasov informs the court he will file an Application for Admission to Practice before the United States District Court for the Western District of Texas if so requested.[2] Tarasov is a member in good standing of the State Bar of Texas.[3] Additionally,

---

[1] "Motion for Admission Pro Hac Vice" 1, ECF No. 2, filed Aug. 2, 2021.

[2] *Id.* at 3.

[3] *Id.* at 1.

1

Tarasov affirms he has read and is familiar with the Local Court Rules of the Western District of Texas and will comply with the standards of practice.[4]

Ordinarily, to appear in this court, attorneys must have co-counsel who is admitted to practice before the United States District Court for the Western District of Texas or be admitted to practice in this court themselves.[5] Neither of these requirements has been met. However, the judge presiding may excuse counsel's failure to satisfy these requirements.[6] As such, the court will grant Tarasov's request to appear *pro hac vice* with the caveat that he must apply for admission to appear in any future matter in the District Court for the Western District of Texas.

Accordingly:

1)   It is **HEREBY ORDERED** that "Motion for Admission Pro Hac Vice" [ECF No. 2] is **GRANTED**.

2)   It is **FURTHER ORDERED** that, if he has not already done so, Tarasov shall immediately **TENDER** the amount of $100.00, made payable to: Clerk, U.S. District Court, in compliance with Local Rule AT-1(f)(2).

3)   It is **FURTHER ORDERED** that, should Tarasov wish to appear in any other case before the Western District of Texas, he shall **APPLY** for admission in accordance with the Local Rules.

**SIGNED AND ENTERED** this 4 day of **August 2021**.

**FRANK MONTALVO**
**UNITED STATES DISTRICT JUDGE**

---

[4] *See id.* at 2; Local Rule AT-1(f).

[5] *See id.* at 3; Local Rule AT-1(f)(2), (h).

[6] Local Rule AT-1(f)(1).