UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| EUGENII GLUSHCHENKO, | § § § | |
| Plaintiff, | § § | |
| v. | § § | EP-21-CV-00174-FM |
| UNITED STATES DEPARTMENT OF HOMELAND SECURITY; ALEJANDRO MAYORKAS, Secretary of the United States Department of Homeland Security; TAE JOHNSON, Director of United States Immigration and Customs Enforcement; COREY PRICE, Executive Associate Director for Enforcement and Removal Operations; JUAN ACOSTA, El Paso Field Office Director, Office of Detention and Removal, | § § § § § § § § § § § § § | |
| Defendants. | § | |

## ORDER TO SHOW CAUSE

Before the court is "Verified Petition for a Writ of Habeas Corpus and Complaint for Declaratory Relief and Motion for Immediate Rule to Show Cause Hearing" [ECF No. 1], filed August 2, 2021 by Eugenii Glushchenko ("Petitioner"). Therein, Petitioner seeks release from his continued detention.[1]

Accordingly, it is **HEREBY ORDERED** that the respondents shall **SHOW CAUSE no later** than **September 7, 2021** as to why Petitioner should not be granted the relief he seeks. Failure to timely and properly respond may result in the court granting the petition as unopposed.

**SIGNED AND ENTERED** this **6th** day of **August 2021**.

_____
**FRANK MONTALVO**
**UNITED STATES DISTRICT JUDGE**

---

[1] "Verified Petition for a Writ of Habeas Corpus and Complaint for Declaratory relief and Motion for Immediate Rule to Show Cause Hearing" 1, ECF No. 1, filed Aug. 2, 2021.